IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CIVIL CASE NO. 2:09cv49

| | |
|---|---|
| GREGORY BADER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | JUDGMENT |
| ) | |
| CREIGHTON W. SOSSOMAN, ) | |
| ) | |
| Defendant. ) | |

For the reasons set forth in the Memorandum of Decision filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that Judgment in favor of the Plaintiff Gregory Bader in the amount of one hundred seventy thousand dollars and no cents ($170,000.00) is hereby **ENTERED** against Defendant Creighton W. Sossomon together with costs and interest from the date of this Judgment.

Signed: September 8, 2010

Martin Reidinger
United States District Judge